MARY P. WESSMAN et al., Respondents, *v*. THE CITY OF
BROOKLYN, Appellant.

(Argued May 24, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made October 28,
1891, which affirmed a judgment in favor of plaintiffs entered
upon a decision of the court on trial without a jury.

*Almet F. Jenks* for appellant.

*J. W. & C. W. Ridgway* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

HENRY BOHLEN, Respondent, *v*. THE METROPOLITAN ELEVATED
RAILWAY COMPANY et al., Appellants.

(Submitted May 25, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
the first Monday of April, 1891, which affirmed a judgment
in favor of plaintiff entered upon a decision of the court on
trial at Special Term.

*Julien T. Davies* and *Brainard Tolles* for appellants.

*Charles Gibson Bennett* for respondent.

Agree to reverse and grant new trial on decisions in *Roberts*
v. *Met. E. R. Co.* (118 N. Y. 455); *Doyle* v. *Same* (Id. 488),
and *Gray* v. *Same* (Id. 499); no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.